1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BERNARD BASILIO, et al., | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00627-JAD-NJK |
| vs. | ) | ORDER DENYING STIPULATION |
| LAWYERS TITLE INS. CORP., et al., | ) | |
| Defendant(s). | ) | (Docket No. 23) |

11

12

13

14

15

16    Pending before the Court is a stipulation, filed on November 22, 2013, to extend the expired

17  discovery cutoff and the upcoming dispositive motion deadline. *See* Docket No. 23.  All requests to

18  extend such deadlines must be supported by a showing of good cause. *See* Local Rule 26-4.  In

19  addition, for those deadlines that have expired or are set to expire less than 21 days after the filing of

20  the request to extend, excusable neglect must also be shown. *See id.*  The pending stipulation fails

21  to discuss excusable neglect (*e.g.*, why the request was not filed at least 21 days before each

22  deadline) and fails to provide sufficient detail regarding good cause (*e.g.*, whether the settlement

23  discussions commenced before the expiration of the discovery cutoff).  Accordingly, the stipulation

24  is DENIED without prejudice.

25    IT IS SO ORDERED.

26    DATED: November 25, 2013

27  _____

28  NANCY J. KOPPE
    United States Magistrate Judge