# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERNARD BASILIO, et al., | |
| Plaintiff(s), | Case No. 2:13-cv-00627-JAD-NJK |
| vs. | ORDER DENYING STIPULATION |
| LAWYERS TITLE INS. CORP., et al., | |
| Defendant(s). | (Docket No. 23) |

Pending before the Court is a stipulation, filed on November 22, 2013, to extend the expired discovery cutoff and the upcoming dispositive motion deadline. *See* Docket No. 23. All requests to extend such deadlines must be supported by a showing of good cause. *See* Local Rule 26-4. In addition, for those deadlines that have expired or are set to expire less than 21 days after the filing of the request to extend, excusable neglect must also be shown. *See id.* The pending stipulation fails to discuss excusable neglect (*e.g.*, why the request was not filed at least 21 days before each deadline) and fails to provide sufficient detail regarding good cause (*e.g.*, whether the settlement discussions commenced before the expiration of the discovery cutoff). Accordingly, the stipulation is DENIED without prejudice.

IT IS SO ORDERED.

DATED: November 25, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge